THE STATE EX REL. SMITH, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Smith v. Indus. Comm.* (2000), 88 Ohio St.3d 226.]

(No. 99–112—Submitted February 23, 2000—Decided March 22, 2000.)

*Marchese & Monast* and *Thomas J. Marchese*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Jon D. Grandon*, Assistant Attorney General, for appellee.

**Per Curiam.** On authority of *State ex rel. Hoskins v. Indus. Comm.* (2000), 87 Ohio St.3d 560, 722 N.E.2d 66, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.